## Exhibit A to the Complaint

**Location:** Glendora, CA  
**Total Works Infringed:** 30  
**IP Address:** 76.50.7.246  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 29D6E26A58ADBD4A63EAB976EF8F1758B4660C7D<br>File Hash:<br>1908C7384A3E42DBA6A88F5FC8E75F432EF5DD5F6BDDA8A248D0BF5BF3553114 | 04-21-2023 04:32:41 | Slayed | 10-25-2022 | 11-24-2022 | PA0002389329 |
| 2 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-27-2023 22:06:45 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 3 | Info Hash: 10976E0245DE5FFAD9208CA36265E2638FDC16A9<br>File Hash:<br>6340F2F1C4CA8BBCE26131EB044A02CC9AA0E4E7755B6715CB1F09202043D6B5 | 03-27-2023 22:03:54 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 4 | Info Hash: C2C4E792B69682073D7381B71A74556ECCE03943<br>File Hash:<br>60EAEBDA05F5829AFD7DE50EA53DC576A9C6DD6347511D6122265BE9FA1F4095 | 03-08-2023 04:14:54 | Tushy | 03-05-2023 | 04-07-2023 | PA0002405753 |
| 5 | Info Hash: B22AAB1216ED522CE52834E7506D795A2411248B<br>File Hash:<br>F8B9B2CC2A23C1717960C4C8605F2F38EBE25569B658A891C3E26DBFB335A312 | 03-04-2023 20:01:21 | Slayed | 09-13-2022 | 11-27-2022 | PA0002388612 |
| 6 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash:<br>B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-16-2023 04:21:23 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 7 | Info Hash: 9C46A84A4C2F17D73DE41DF4C87AF1525BF40081<br>File Hash:<br>6BCD3834F7796E7CA37F80870899FDC669E38931B742E8DD1DA0CC660A758968 | 12-27-2022 20:52:58 | Tushy | 12-25-2022 | 01-10-2023 | PA0002389583 |
| 8 | Info Hash: 1A82CD38DEBBAC7E19E06FED020AA506939EB78E<br>File Hash:<br>3B51C832779DA7494884D77EC3F3CD7B778535C48773363EB738C8372703A897 | 12-22-2022 21:23:34 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 9 | Info Hash: 88CBD73B930777B8AE27120F2AE91AD6BE13EBE1<br>File Hash:<br>791CDDC23EE571D2F04300CFC175D663F0F503F6F8145459750D4AD0912D74C4 | 12-02-2022 02:26:03 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 10 | Info Hash: EBE740A485253F13592E278BD7B983F58A9D23FC<br>File Hash:<br>AB0E1AD7720490942A1AB166E355BEDBDE0F0EEFFF1BBE82F7FE1262A73EB280 | 11-29-2022 22:49:05 | Slayed | 05-24-2022 | 06-09-2022 | PA0002361291 |
| 11 | Info Hash: D1246169E8CD7824C43B5B28EAF31201DC715B02<br>File Hash:<br>DDDA5C1FFEB913FE1F1D53D7EB12936F2BEFDFDBFE0C54633ADECE5CEAF678D1 | 11-25-2022 22:33:48 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: AEFD8C96FBBC036F1D063B6B23B43F9477353517<br>File Hash: EE6D3A7416A35819B284D2557182822A17F9F062B392DAC5EBC6246772A0ACB8 | 11-20-2022 07:56:36 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 13 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-07-2022 01:43:06 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 14 | Info Hash: 22F31501D5E8D153CF63A20E446951DBA184FC1B<br>File Hash: 236E696F41CB2DD3A640CEFCBF0A98F31EED17CBC3BB6265AE79FC714C59547B | 10-26-2022 00:44:27 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 15 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash: F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-20-2022 03:43:11 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 16 | Info Hash: CD6683105AD052BA627E12F10770B4C5F1D5B773<br>File Hash: 5816BB929CBD95B8389103609C805609FC405D0D20B076F83DFC0F27B670EAA1 | 09-27-2022 23:30:14 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 17 | Info Hash: C178360E9001864577D735A72C3488992E2E9773<br>File Hash: 178C86A26226706FB67AF6F3BA178181A886B54655CA2C0F673A8F93F1AF7427 | 09-18-2022 23:45:15 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 18 | Info Hash: CB7A5E299DD056ADA4749C201FF085FF3BD0FD5F<br>File Hash: C510B8AA5FF97799743E91CD025B862725A3A8EB79F5C8DB8E042F8BFAF83F38 | 08-30-2022 20:56:10 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 19 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 08-27-2022 16:30:08 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 20 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 08-27-2022 16:29:57 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 21 | Info Hash: B27D8D99D9484987D81089C43A7109765AA1F55A<br>File Hash: A7EBB4AA309D124EC87D5B728F618B63C028F63E6570331FDEC44F836A9CFA97 | 08-27-2022 16:28:49 | Tushy | 08-21-2022 | 08-29-2022 | PA0002367745 |
| 22 | Info Hash: AA22F2CD2ED007CE11D1639BA548C9346BDB69AE<br>File Hash: 7DE2E3446F60125E2CD3F7313529FA175A0DDC164323F0861FEEA22CAD059647 | 08-18-2022 04:34:30 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 23 | Info Hash: E4D5FF974940BB9BE109E06C32B1B451602CA5C8<br>File Hash: C5F8DFC32B7D8EE2BD75BB4F986DA24BEDD0FE8B4456C3D61F20C1F916B40FB2 | 07-15-2022 03:15:40 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash: 1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 07-06-2022 21:33:32 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 25 | Info Hash: 280E88FC7CEB3E5E96E3E41175EAE19DBA741A70<br>File Hash: 9BCE1453FDBB1652779D3192C951886B4012BF5A70DD665E0BD60995EA48ADA7 | 06-14-2022 22:44:02 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 26 | Info Hash: 93DC6617D643D80FCBAA12DD2258589163101C43<br>File Hash: 2F04AE82E123EA2F238C161F627094928956E21704E433AF3364DE3F5A198D52 | 06-04-2022 03:59:10 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 27 | Info Hash: 68FD49B1062F259F6DA8F73DE741BC10A847EC21<br>File Hash: 6389ED9642344DEF5FA45DD4C2153CB81CA40C6835A3B5CB24274B1E6EF3A081 | 06-02-2022 23:20:02 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |
| 28 | Info Hash: B05F50B1F184BDDA538D13BBBE60872463A78232<br>File Hash: E10E5438FD6B923502AEF9C76918A727D94E45C5EA44186E27745DAC636797D2 | 05-24-2022 19:11:59 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 29 | Info Hash: 7D5BCAF63FFC5229FA328B1F99D0847A5C49F614<br>File Hash: 65A4936BA229BE949D4F26EF046EDE9DC179E8C90027F95692A292AF1F1AC661 | 05-18-2022 22:07:13 | Tushy | 05-15-2022 | 05-20-2022 | PA0002350379 |
| 30 | Info Hash: BC766D094BC26A1C7D8253340CE684319CF84B7B<br>File Hash: 35F0C1AEAB1463E33148CF37F773DA4437E2C6C2C822B46C557589DF331A4911 | 05-02-2022 00:51:30 | Tushy | 03-06-2022 | 03-29-2022 | PA0002342854 |