1  Lincoln D. Bandlow, Esq. (CA #170449)
   lincoln@BandlowLaw.com
2  **Law Offices of Lincoln Bandlow, P.C.**
   1801 Century Park East, Suite 2400
3  Los Angeles, CA  90067
   Phone: (310) 556-9680
4  Fax: (310) 861-5550

5  Attorney for Plaintiff
   Strike 3 Holdings, LLC

6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | STRIKE 3 HOLDINGS, LLC,               | Case Number: 2:23-cv-03890-TJH-SP

12 |              Plaintiff,               | **DISCOVERY MATTER**

13 | vs.                                   | ***EX-PARTE* APPLICATION FOR
                                            LEAVE TO SERVE A THIRD-**
14 | JOHN DOE subscriber assigned IP       | **PARTY SUBPOENA PRIOR TO A**
   | address 76.50.7.246,                  | **RULE 26(f) CONFERENCE**
15 |
   |              Defendant.               |
16

17

18

19

20

21

22

23

24

25

26

27

28

1

---

*Ex-Parte* Application for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference
Case No. 2:23-cv-03890-TJH-SP

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Strike 3 Holdings, LLC will and hereby does apply to the Court *ex-parte* for leave to issue a third-party subpoena on Defendant's Internet Service Provider to identify Defendant prior to a Fed. R. Civ. P. 26(f) conference.

This application is based upon: the Memorandum of Points and Authorities; the concurrently-filed Declarations of David Williamson, Patrick Paige, Susan B. Stalzer, and Emilie Kennedy; upon all pleadings and evidence on file in this matter; and upon such additional evidence or arguments as may be accepted by the Court.

Date: 06/08/2023                                       Respectfully submitted,


By: /s/ *Lincoln Bandlow*
Lincoln Bandlow, Esq.
**Law Offices of Lincoln Bandlow, P.C.**

*Attorney for Plaintiff*
Strike 3 Holdings, LLC

1