# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23–cv–03890–TJH–SP <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/25/2023

Document No.:   14

Title of Document:   Notice of Appearance or Withdrawal of Counsel G123

**ERROR(S) WITH DOCUMENT:**

Blank document.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 27, 2023          By:  /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**