Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE, subscriber assigned IP address 76.50.7.246,<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-03890-TJH-SP<br><br>**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

Plaintiff Strike 3 Holdings, LLC ("Plaintiff") and defendant John Doe, subscriber assigned IP address 76.50.7.246 ("Defendant"), through their respective counsel of record, hereby stipulate that the Court enter an order extending the time within which Plaintiff must effectuate service of process in this matter and state as follows:

WHEREAS, this is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address;

WHEREAS, Defendant's true identity is known by their Internet service provider ("ISP");

1

Stipulation for Extension of Time Within Which to Effectuate Service on Defendant John Doe
Case No. 2:23-cv-03890-TJH-SP

WHEREAS, on June 13, 2023, Plaintiff was granted leave to serve a third-party subpoena on Defendant's ISP to obtain the Defendant's identifying information [CM/ECF 11];

WHEREAS, Plaintiff issued the subpoena on or about June 20, 2023 and, in accordance with the time allowances provided to both the ISP and the Defendant, expects to receive the ISP's response on or about August 29, 2023;

WHEREAS, on or about July 19, 2023, counsel for Defendant, Narek Zohrabyan, Esq., contacted Plaintiff to discuss the status and the possible resolution of this action and the parties are in such discussions;

WHEREAS, on August 1, 2023, counsel for Defendant, Narek Zohrabyan, Esq., filed a Notice of Appearance on Defendant's behalf. [CM/ECF 18];

WHEREAS, pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than August 17, 2023;

WHEREAS, because the ISP is not expected to respond until August 29, 2023 and Defendant's identity remains unknown to Plaintiff, Plaintiff is unable to comply with the current service deadline;

WHEREAS, on August 17, 2023, Plaintiff's counsel spoke to Defendant's counsel who agreed to stipulate to the extension of the deadline to serve to allow for the subpoena response to come in and to allow the parties to continue good faith settlement discussions;

WHEREAS, this stipulation is made in good faith and not for the purpose of undue delay; and

WHEREAS, this is Plaintiff's first request for an extension and none of the parties will be prejudiced by the granting of this extension.

THEREFORE, it is STIPULATED by the parties that the time within which Plaintiff must effectuate service of the summons and Complaint on Defendant be extended until October 28, 2023.

2

Stipulation for Extension of Time Within Which to Effectuate Service on Defendant John Doe
Case No. 2:23-cv-03890-TJH-SP

A proposed order is concurrently-filed with this Stipulation.

Dated:  August 17, 2023                Respectfully submitted,

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, P.C.**
Attorney for Plaintiff
Strike 3 Holdings, LLC

Dated:  August 17, 2023                Respectfully submitted,

By: /s/ *Narek Zohrabyan*
Narek Zohrabyan, Esq.
**Phil IP Law Inc.**
Attorney for Defendant
John Doe, subscriber assigned IP address 76.50.7.246

3

Stipulation for Extension of Time Within Which to Effectuate Service on Defendant John Doe
Case No. 2:23-cv-03890-TJH-SP