1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:23-cv-03890-TJH-SP |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 76.50.7.246, | |
| Defendant. | |

THIS CAUSE came before the Court upon the parties' Stipulation for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

1     ORDER AND ADJUDGE: The stipulation is granted. Plaintiff shall have
2 until October 28, 2023 to effectuate service of a summons and Complaint on
3 Defendant.
4     **DONE AND ORDERED**.
5 Dated: _____  By: _____
    **United States District Judge**
6     Hon. Terry J. Hatter, Jr.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

[Proposed] Order on Stipulation for Extension of Time Within Which to Effectuate
Service on John Doe Defendant

Case No. 2:23-cv-03890-TJH-SP