1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.50.7.246,<br><br>        Defendant. | Case No.: 2:23-cv-03890-TJH-SP<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT   [19]** |

THIS CAUSE came before the Court upon the parties' Stipulation for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: The stipulation is granted. Plaintiff shall have until October 28, 2023 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: AUGUST 25, 2023___   By: _____
**United States District Judge**
Hon. Terry J. Hatter, Jr.