AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED<br>                        5/19/2023 | United Stated District Court - Central District of California |
| PLAINTIFF<br><br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br><br>JOHN DOE subscriber assigned IP address<br>76.50.7.246 |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED    x Notice of Voluntary Dismissal<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☒ No | DATE RENDERED<br>10/25/23 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>R. Olmos | DATE<br>10/26/23 |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court        5) Case File Copy

Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                     Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.50.7.246,<br><br>                     Defendant. | Case Number: 2:23-cv-03890-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.50.7.246** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.50.7.246, are voluntarily dismissed with prejudice.

Dated:  October 25, 2023                        Respectfully submitted,


                                        By: /s/ *Lincoln D. Bandlow*
                                        Lincoln D. Bandlow, Esq.
                                        **Law Offices of Lincoln Bandlow, PC**
                                        *Attorney for Plaintiff*

1